# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO


FILED
JAN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,


~~UNDER SEAL~~

V.

HOWARD WEISS,

**CR 20 0013**


CRB

DEFENDANT(S).

## INDICTMENT

47 U.S.C. § 223(a)(1)(C) – Harassing Use of Telecommunications Device

---

A true bill.

_____
Foreman

Filed in open court this  16th  day of
January, 2020.

_____
Clerk

SALLIE KIM
United States Magistrate Judge
Bail, $ _____   NO BAIL ARREST WARRANT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

47 U.S.C. § 223(a)(1)(C) – Harassing Use of Telecommunications Device

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Max. 2 years of imprisonment
Max. $250,000 fine
Max. 1 year of supervised release
$100 fee

~~UNDER SEAL~~

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JAN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ HOWARD WEISS

DISTRICT COURT NUMBER
CR 20 0013

**DEFENDANT**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
US CAPITOL POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.
_____

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
_____

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CHRISTINA LIU

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

CRB

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?  ☐ Yes   If "Yes" give date filed _____
                         ☐ No

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
_____

Date/Time: _____   Before Judge: _____

Comments:

| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604) |
| 2 | United States Attorney |

~~UNDER SEAL~~

FILED
JAN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 20 0013 |
|---|---|
| Plaintiff, | ) VIOLATION: |
| v. | ) 47 U.S.C. § 223(a)(1)(C) – Harassing Use of Telecommunications Device; |
| HOWARD WEISS, | ) |
| Defendant. | ) ~~[UNDER SEAL]~~ |

CRB

INDICTMENT

The Grand Jury charges:

COUNT ONE:        (47 U.S.C. § 223(a)(1)(C) – Harassing Use of Telecommunications Device)

From at least on or about October 2, 2018, through at least on or about October 16, 2019, both dates being approximate and inclusive, within the Northern District of California, the defendant,

HOWARD WEISS,

did, in interstate and foreign communications, utilize a telecommunications device, whether or not conversation or communication ensued, without disclosing his identity and with intent to abuse, threaten and harass any specific person, to wit:

- On or about October 2, 2018, to send an email allegedly from "Ms. Sylvia Buccatini;"
- On or about October 22, 2018, to send an email allegedly from "Airman Mitchell Valenti;"

//

INDICTMENT
~~[UNDER SEAL]~~

- On or about January 3, 2019, to send an email allegedly from "Brigadier General Salvatore Giovanni;"
- On or about April 9, 2019, to send an email allegedly from "Dr. Jehova Stark;"
- On or about June 5, 2019, to send an email allegedly from "Brigadier General John Favreau;"
- On or about June 19, 2019, to send an email allegedly from "Chief Master Sergeant Jedediah MacNamara;"
- On or about July 19, 2019, to send an email allegedly from "Colonel Alfonso Fujimori;" and
- On or about October 16, 2019, to send an email allegedly from "Ms. Orleetina Georgabara."

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

DATED: January 16th 2020

A TRUE BILL.

_____
FOREPERSON
San Francisco, California

DAVID L. ANDERSON
United States Attorney

_____
CHRISTINA LIU
Assistant United States Attorney

INDICTMENT
[UNDER SEAL]

2