DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7199
FAX: (415) 436-7027
Christina.Liu@usdoj.gov

Attorneys for United States of America

FILED
JAN 16 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

~~UNDER SEAL~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD WEISS, <br><br> Defendant. | CASE NO. CR 20 0013 <br><br> MOTION TO SEAL AND [~~PROPOSED~~] ORDER <br><br> [~~UNDER SEAL~~] <br><br> CRB |

The United States, by and through undersigned counsel, hereby moves the Court for an order sealing this Motion, the Indictment, the Arrest Warrant, this Sealing Order, and other related documents in the above-referenced investigation. Disclosure of the specified documents may cause the subject of the Indictment to flee, destroy evidence, or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendants.

Accordingly, the United States requests that the Court seals these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of the investigation and with the United States Capitol Police, which should be allowed to share the results of the investigation with other law

MOT. TO SEAL AND [PROP.] ORDER
[~~UNDER SEAL~~]

enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

The United States requests that these documents and this case be unsealed after the Arrest Warrant has been executed.

DATED: January 16, 2020

Respectfully Submitted,
DAVID L. ANDERSON
United States Attorney

_____
CHRISTINA LIU
Assistant United States Attorney

# [PROPOSED] ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's Motion, Indictment, Arrest Warrant, this Sealing Order, and other related documents in this case shall be sealed, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of this investigation and with the United States Capitol Police, which should be allowed to share the results of the investigation with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

**These documents and this case shall be unsealed after the Arrest Warrant has been executed.**

DATED: 1-16-20

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER
[UNDER SEAL]