STEVEN G. KALAR
Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Angela_chuang@fd.org

Counsel for Defendant WEISS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD WEISS, <br><br> Defendants. | Case No. CR 20-013 CRB <br><br> STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF PASSPORT SURRENDER CONDITION |

On January 21, 2020, defendant Howard Weiss was released from custody on an unsecured appearance bond. As a condition of release, he is required to surrender his passport to Pretrial Services by January 23, 2020.

Mr. Weiss' passport is expired, but he understands that he still must surrender it. He resides in Vallejo and has limited means to travel back and forth to San Francisco. Making a special trip to surrender his passport by January 23, 2020, would be a great financial burden on him.

The parties therefore stipulate that Mr. Weiss' deadline for surrendering his passport should be extended to allow such surrender to occur on or before his next court date, which is scheduled for February 12, 2020, at 1:30 PM. Pretrial Services has no objection to this modification. All other conditions of release shall remain the same.

STIP & [PROPOSED] ORDER FOR COND. MOD.      1

SO STIPULATED.

Dated: January 22, 2020

/s/
CHRISTINA LIU
Assistant U.S. Attorney

Dated: January 22, 2020

/s/
ANGELA CHUANG
Attorney for Howard Weiss

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Howard Weiss' deadline for surrendering his passport shall be extended to allow such surrender on or before the next court date of February 12, 2020. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date

SALLIE KIM
United States Magistrate Judge

STIP & [PROPOSED] ORDER FOR COND. MOD.  2