# Exhibit A-1

| | |
|---|---|
| From: | Ge,Tiffany (McConnell) |
| To: | THREAT ASSESSMENT |
| Cc: | Muchow, Stefanie (McConnell) |
| Subject: | FW: 10/3 Threats |
| Date: | Wednesday, October 3, 2018 12:45:14 PM |

Please see below threats that came in through our online message system yesterday/today.

Thanks,

Tiffany

[redacted]

2. Ms. Sylvia Buccatini

76623 Sylvan Ave

Louisville, Kentucky 40025

5027773443 (H)

turtletheresistancewillbtherefritokillu@hotmail.com

10/2/18

73.162.224.166

turtle,

If you push this for Friday, the resistance is coming to DC to slash your throat. You will die in thestreet by DC resistance motherfucker!!!!!

You will not live to regret it!!!!!!

[redacted]