# Exhibit A-6

| | |
|---|---|
| **From:** | Ge,Tiffany (McConnell) |
| **To:** | THREAT ASSESSMENT |
| **Cc:** | Muchow, Stefanie (McConnell) |
| **Subject:** | Fwd: 6/20 Threats |
| **Date:** | Friday, June 21, 2019 12:50:38 PM |

Please see below. Thanks.

**From:** "Clark, Will (McConnell)" < Redacted >
**Date:** June 21, 2019 at 12:40:25 PM EDT
**To:** "Ge,Tiffany (McConnell)" < Redacted >
**Cc:** "Horne, Amanda (McConnell)" < Redacted >
**Subject: 6/20 Threats**

One message came in.

> Chief Master Sergeant Jedediah MacNamara
> 1801 Sulgrave Road
> Louisville, Kentucky 40205-1645 KY03
> 502.875.9343 (H)
> youfuckingchinklover@sinclair.com
>
> Date: 6/19/2019 11:59:35 PM
> Subject: The 2020 election
> <IP>73.162.224.166</IP>
> <ISSUE>OTHER</ISSUE>
> <MSG>You racist fucking criminal chinc loving motherfucker. You are going down in2020 and then you will suffer the consequences and they will burn your life down!</MSG>

--

**William Clark**
Redacted Mitch McConnell
317 Russell Senate Office Building
Washington, D.C. 20510
Redacted