# Exhibit A-10

*Manually Filed*