DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    Fax: (415) 436-7234
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-00013 CRB |
| Plaintiff, | MANUAL FILING OF EXHIBITS A-9 TO A-11 IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT |
| v. | |
| HOWARD WEISS, | |
| Defendant. | |

Date: April 1, 2020

                                              Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              _____
                                              CHRISTINA LIU
                                              Assistant United States Attorney



**U.S. v. Howard Weiss**
**CR-20-0013-CRB**

Opposition to Defendant's Motion to Dismiss Indicment
Exhibits A-9, A-10, A-11

